CARRIE L. G. HARRISON et al., appellants,

*v.*

CHARLES F. AXTELL et al., executors, &c., et al., respondents.

[Argued November 23d, 1909.   Decided February 28th, 1910.]

On appeal from a decree of the prerogative court, affirming a decree of the Morris county orphans court admitting to probate the last will and testament of Esther J. Cooper, deceased, reported in *75 N. J. Eq. (5 Buch.) 177.   Sub nom. In re Cooper's Will.*

*Mr. C. Franklin Wilson* and *Mr. John M. Mills,* for the appellants.

*Mr. Willard W. Cutler* and *Mr. Charlton A. Reed,* for the respondents.

*6 Buch.* Farrell *v.* Bork.

PER CURIAM.

We concur in the opinion expressed by the ordinary that the respondent Axtell fairly sustained the burden of showing that the will was not the product of undue influence, but of the full and independent judgment of the testatrix, and, for this reason, affirm the decree under review.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, CONGDON—14.

*For reversal*—None.